UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

436 N KROME AVE LLC and EL GRAN TACO INC d/b/a EL GRAN TACO,
    Defendant(s).

Case No: 23-cv-24705-RAR

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, AMIN LAKHANI, and Defendants, 436 N KROME AVE LLC and EL GRAN TACO INC d/b/a EL GRAN TACO, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Juan C. Valdes
Juan C. Valdes
Quesada Valdes, PLLC
   *Attorney for Defendants*
850 NW 42nd Avenue, Suite 205
Miami, Florida 33126
Tel: (305) 446-2517
Email: jcv@qvlaw.net