UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24705-RAR

**AMIN LAKHANI**,

    Plaintiff,

v.

**436 N KROME AVE LLC,** *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the Joint Stipulation of Dismissal With Prejudice, [ECF No. 14]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, which each party to bear their own attorneys' fees and costs except as otherwise agreed in writing. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of February, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**